**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1094**

———————

JEROME SILO,

Plaintiff - Appellant,

versus

SECRETARY, DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
94-1695-S)

———————

Submitted: August 5, 1999       Decided: August 10, 1999

———————

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jerome Silo, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerome Silo appeals the district court's order denying his motion for reconsideration of the dismissal of his suit against the Social Security Administration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Silo v. Secretary, Dep't of Health & Human Servs., No. CA-94-1695-S (D. Md. Dec. 16, 1998).[*] We deny Silo's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's records show that the district court's order was marked as "filed" on December 15, 1998, the district court's records show that it was entered on the docket sheet on December 16, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986) (1994).

2